## S94A0610. OWEN v. LEWIS.
(443 SE2d 850)

PER CURIAM.

We granted the appellant's application to appeal to consider whether the trial court properly ruled that the appellant had waived his right to a trial by jury. Having reviewed the record, we conclude that the appellant filed a timely request for a jury trial, see OCGA §§ 19-5-1 and 19-6-19 (a), and that, contrary to the trial court's ruling, the appellant had not previously waived that right. The trial court thus erred in denying the appellant a trial by jury.

*Judgment reversed. All the Justices concur.*

DECIDED APRIL 4, 1994.

*Kaufman, Chaiken & Sorensen, Fredric Chaiken, Steven H. Koval*, for appellant.

*Stern & Edlin, George S. Stern, Janis Y. Dickman*, for appellee.